

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2009

# Thomas v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 05-9008

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Thomas v. Horn" (2009). *2009 Decisions.* Paper 892.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/892

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 8, 2009

Nos. 05-9006 & 05-9008

BRIAN THOMAS,

Appellant/Cross-Appellee

v.

MARTIN HORN, et al.,

Appellees/Cross-Appellants

(E.D. Pa No. 00-cv-00803)

Present:      McKEE, SMITH and STAPLETON, Circuit Judges

1.      Letter construed as Motion by Appellant/Cross-Appellee for Correction of Error in Opinion of the Court Issued on July 1, 2009.

2.      Letter by Appellees/Cross-Appellants in Response to Letter construed as a Motion for Correction of Error in Opinion of the Court.

/s/ Nicole M. Rees

**Argued on May 1, 2009.**                    Case Manager (267)299-4924

**Opinion and Judgment filed July 1, 2009.**

———————————————— **O R D E R** ————————————————

After reviewing the materials submitted by the Appellant/Cross-Appellee, which included, for the first time, his petition for habeas relief, the Motion for Correction of Error in Opinion of the Court is GRANTED. Footnote 2 on pages 7–8 of the Opinion of the Court will be amended as follows:

"it does not appear that Thomas raised these claims in his habeas petition, *see id*. at 495–96, 498" shall be replaced with "it does not appear that the Commonwealth has raised this issue in its cross-appeal".

**By the Court,**

/s/ D. Brooks Smith

**Circuit Judge**

**Dated:** July 15, 2009

nmr/cc: Robert M. Falin, Esq.

David C. Glebe, Esq.

Billy H. Nolas, Esq.